WILLIAMS *v.* UTILITIES ENGINEERING INSTITUTE

[No. 17,394. Filed January 11, 1946. Rehearing denied February 7, 1946. Transfer denied March 10, 1946.]

*R. B. H. Smith,* of Indianapolis, for appellant.

*Edward F. New,* of Indianapolis, for appellee.

FLANAGAN, C. J.—Nothing is presented by appellant's brief. It does not attempt to comply with Rule 2-17, Rules of the Supreme Court, and does not contain any of the essential matters required by that rule. Upon careful examination of it we are unable to discover what happened in the trial court or what appellant seeks to present here.

Judgment affirmed.

NOTE.—Reported in 64 N. E. (2d) 302.